UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

ROBERT J. MCCORMICK )
 )
    Plaintiff, )
 )
 ) **JUDGMENT**
v. ) No. 7:13-CV-234-RJ
 )
 )
CAROLYN W. COLVIN, )
ACTING COMMISSIONER OF )
SOCIAL SECURITY, )
 )
    Defendant. )

**Decision by Court.**

This action came before the Honorable Robert B. Jones, Jr., United States Magistrate Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Judgment on the Pleadings [DE-40] is DENIED, Defendant's Motion for Judgment on the Pleadings [DE-41] is ALLOWED, and Defendant's final decision is affirmed.

This Judgment Filed and Entered on March 31, 2015 with service on:
William L. Davis, III (via Notice of Electronic Filing)
Elisa Donohoe (via Notice of Electronic Filing)

|  | JULIE RICHARDS JOHNSTON, CLERK |
|---|---|
| DATE | /s/ Jacqueline B. Grady |
| March 31, 2015 | Jacqueline B. Grady, Deputy Clerk |